PROB 12C
(7/93)

Report Date: October 6, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky W. Jenks            Case Number: 0980 2:11CR00043-JLQ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: November 28, 2012 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: November 27, 2015 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

   **Supporting Evidence**: Ricky Jenks failed to submit a truthful written monthly report since August 10, 2015, in violation of standard condition #2.

   Mr. Jenks last submitted a monthly report on August 10, 2015. Numerous attempts have been made to contact Mr. Jenks via telephone and through attempted home contacts. The undersigned officer has been unable to locate Mr. Jenks and his current whereabouts are unknown to the U.S. Probation Office.

2    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

   **Supporting Evidence**: Mr. Jenks failed to report any change of address to the U.S. Probation Office, in violation of standard condition #6.

   Mr. Jenks filled out and turned in a written monthly report on August 10, 2015. On that report, he listed an address of 2921 W. Eloika, Spokane, Washington. The undersigned

Prob12C
Re: Jenks, Ricky W
October 6, 2015
Page 2

officer attempted to contact Mr. Jenks at that location on August 10, 2015. He was not contacted and a message was left requesting that the occupant, Mr. Jenks' mother, Theresa Denman, contact this officer to discuss Mr. Jenks' whereabouts. Mrs. Denman contacted this officer and indicated that Mr. Jenks was no longer residing at her residence. She stated that she did not know where he was living.

As of the date of this report, Ricky Jenks has not notified the U.S. Probation Office of any change in address and his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/6/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/16/15
Date