PROB 12C
(7/93)

Report Date: November 10, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky W. Jenks                          Case Number: 0980 2:11CR00043-JLQ-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2011

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearms and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: November 28, 2012 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: November 27, 2015 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/06/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On May 13, 2015, Ricky Jenks was arrested by the Spokane Police Department and charged with first degree robbery and two counts of assault - domestic violence. |
| | According to the affidavit of facts regarding Spokane Police Department report number 15-148713, the victim and Mr. Jenks were involved in a dating relationship for approximately 1 year and were in the process of breaking up. Mr. Jenks drove the victim to her residence. As the victim was unloading her belongings from the vehicle, she attempted to grab her helmet. Mr. Jenks refused to let the victim take her helmet and then physically assaulted the victim by hitting her in the face with a closed fist. Mr. Jenks eventually drove away from the scene while still possessing some of the victim's personal belongings. |

Prob12C
Re: Jenks, Ricky W
November 10, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/10/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/10/15

Date